# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
### Augusta Division

| | |
|---|---|
| In re:<br>**Frank Junior Jordan,**<br>    Debtor. | Case No.: 25–10779–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

### NOTICE OF HEARING ON AMENDED MOTION FOR RELIEF FROM STAY

Notice is hereby given that a hearing to consider the **Amended Motion for Relief from Stay** filed by **Auto Money Title Pawn, LLC** will be held on:

December 15, 2025, at 02:00 PM
Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901

*Within seven (7) days after the date of this notice, the movant/movant's attorney is directed to serve a copy of the motion, together with a copy of this notice, on the trustee, debtor, debtor's attorney, U.S. Trustee (except in Chapter 13 cases) and on those persons specified by the Bankruptcy Rules. A certificate of service shall be filed with the Court immediately thereafter.*

Pursuant to General Order 2017–1, attorneys are required to utilize the Court's Order on Motion for Relief from Stay (Local Form B–55) in Chapter 13 cases and consumer Chapter 7 cases. The B–55 order form is located on the Court's website at www.gasb.uscourts.gov/local–forms.

*Dana M. Wilson, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **November 18, 2025**

### ORDER

Pursuant to 11 U.S.C. Section 362(e), the automatic stay under 11 U.S.C. §362 is hereby continued and shall remain in full force and effect pending the final ruling on the motion, unless movant files an objection to any such extension prior to service of the motion.



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **November 18, 2025**
*GASB–35 [7/24] AKG*