United States Bankruptcy Court

Southern District of Georgia

In re:                                                                    Case No. 25-10779-SDB

Frank Junior Jordan                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113J-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf004 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Frank Junior Jordan, 517 Eve Street, Augusta, GA 30904-4240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bankruptcy@jolinent.com | Mar 03 2026 18:31:00 | Auto Money Title Pawn, LLC, 450 Meeting Street, Charleston, SC 29403 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026                Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J. Bowen | on behalf of Creditor Auto Money Title Pawn  LLC bo@thebowenfirm.com, olivia@thebowenfirm.com |
| Huon Le | huonle@chp13aug.org  notices@chp13aug.org |
| Lee Ringler | on behalf of Debtor Frank Junior Jordan court@leeringler.com  lringler@leeringler.com;r42402@notify.bestcase.com |
| Nathan Edward Huff | on behalf of Creditor Auto Money Title Pawn  LLC nhuff@cwhllp.com, kcleary@cwhllp.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |

District/off: 113J-1

User: admin

Date Rcvd: Mar 03, 2026

Form ID: pdf004

Total Noticed: 2

TOTAL: 5

**IT IS ORDERED as set forth below:**



**Date: March 3, 2026**

_Susan D. Barrett_

United States Bankruptcy Judge
Southern District of Georgia

_____

## UNITED STATES BANKRUPTCY COURT
### Southern District of Georgia

In re:
**FRANK JUNIOR JORDAN**

Case No.: **25-10779-SDB**

Judge: Susan D. Barrett

Chapter: 13

      Debtor(s)

### ORDER ON MOTION FOR RELIEF FROM STAY
**(Official Local Form B-55)**

MOVANT: **AUTO MONEY TITLE PAWN, LLC**

SUBJECT PROPERTY: 2022 Ram 2500 (VIN 3C6UR5FJ7NG411524)

1938 Chevrolet Truck (VIN 12HC238554)

After notice and a hearing the Motion is ordered:

☒ Granted     ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

☒ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to_____ at _____ ☐ am ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☐ Denied on the condition that:

    ☐ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

    ☐ The Debtor shall tender payments to Movant or take other action as follows:

        Post-petition arrearage is _____ through the _____ payment due date, plus attorney's fees of _____ and court costs of _____ for a total arrearage of _____ .

☐ Debtor shall pay to Movant the sum of _____ on or before _____ which sum shall be applied to the above-referenced total arrearage.

☐ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of _____per month beginning _____and continuing on the_____day of each successive month thereafter, with a final additional payment of _____being due on or before_____.

☐ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning _____, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number _____ and shall be sent to the following address, depending on the type of payment:

STRICT COMPLIANCE IS ORDERED as follows:

☐ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the <u>fact</u> of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ The strict compliance provision of this Order shall expire on _____.

Case No.: 25-10779-SDB

Page 3

☐ Other provisions:

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

**[END OF DOCUMENT]**

| _____ | _____ | _____ | _____ |
| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee |
| _____ | _____ | _____ | _____ |
| Name (print) | Name (print) | Name (print) | Name (print) |
| _____ | _____ | | _____ |
| GA Bar No. | GA Bar No. | | GA Bar No. |

Prepared by: __s/Nathan Huff_____

Attorney Name __Nathan Huff_____

Attorney for __Auto Money Title Pawn, LLC__

Bar Number __773611_____

Address __1223 George C. Wilson Dr.__

City, St, Zip __Augusta, GA 30909__

Telephone __706-860-9995__

Email __nhuff@cwhllp.com__

GASB-55e [eOrders Format Revision 04/24]